# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) 1:06-CR-0037 AWI
)
FELIPE GARCIA-LOPEZ )
)

**ISSUED**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      (X) Ad Prosequendum                                             ( ) Ad Testificandum.

Name of Detainee:     Felipe Garcia-Lopez
Detained at (custodian):     California Substance Abuse Treatment Facility, Corcoran, CA

Detainee is:   a.)   (X) charged in this district by:
                      (X) Indictment            ( ) Information          ( ) Complaint
                      Charging Detainee With:     8 U.S.C. § 1326 (a) & (b)(2)

or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a)   (X) return to the custody of detaining facility upon termination of proceedings
or         b)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence
                  is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: _S. M. C._
Printed Name & Phone No: Steven M. Crass / 559-497-4000
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
      (X) Ad Prosequendum                             ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/25/2006
Date                                                         United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):   Alvaro Garcia; Felipe Lopez       Male X   Female
Booking or CDC #:   V39950                                            DOB:   9/24/71
                                                                           Race:   Hisp
                                                                           FBI #:   617256TA6

Facility Phone:   559-992-7100
Currently Incarcerated For: _____

**RELEASE DATE:**   6/20/07

**RETURN OF SERVICE**

Executed on _____ by _____ _____
                                                                      (Signature)